UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                    Case No. 10-38516-BKC-RAM
                                                          Chapter 7
DORIS NORD,

_____Debtor(s)._____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

(X)   The trustee has a balance of $23,903.31 remaining in the trustee's account which represents unrepresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. §§ 726, 1226 or 1326 in a case under chapter 7, 12 or 13 of title 11. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )   The trustee has a balance of $___ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: November 13, 2015

/s/ Marcia P. Dunn, Trustee
Marcia T. Dunn, Trustee
555 N.E. 15th Street, Suite 934-A
Miami, Florida 33132
Telephone: 786.433.3866
Facsimile: 786.260.0269
E-mail: mdunn@dunnlawpa.com

LF-26 (rev. 12/01/02)

Case No. 10-38516-BKC-RAM
SERVICE LIST

Office of the US Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130

Doris Nord
1351 NE Miami Gardens Dr., #615E
Miami, FL 33179

Andrew M. Bellinson, Esq.
10800 Biscayne Blvd # 925
Miami, FL 33161

LF-26 (rev. 12/01/02)

UNCLAIMED FUNDS
Case No. 10-38516-BKC-RAM

|  | <u>Claim</u> | <u>Amount</u> |
|---|---|---|
| Doris Nord<br>1351 NE Miami Gardens Dr #615E<br>Miami, FL 33179-4786 | n/a | $23,903.31 (surplus) |

LF-26 (rev. 12/01/02)